IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.  ) | CRIMINAL NO. 04-0210-CG |
| ) | |
| ) | |
| CLANCY DALLAS NELSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on defendant's motion to designate, nunc pro tunc, the Baldwin County, Alabama, County Jail as the place of confinement for defendant (Doc. 31).

Requesting Nunc Pro Tunc designation is an Administrative internal function of the Bureau of Prisons, not the court. The defendant is advised to file with the Bureau of Prisons a form BP-9, requesting an administrative remedy.

Because the court is without jurisdiction to grant the relief requested, the motion is **DENIED**.

**DONE** and **ORDERED** this 24th day of July, 2007.

　　　　　　　　　　　　　　　　　　　／s/ Callie V. S. Granade　　　　　　
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE